**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1361**

MICHELLE DENISE PARKER,

        Plaintiff - Appellant,

    v.

HONORABLE CHRISTINE E. WORMUTH, Secretary of the Department of the Army, in her official capacity,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Timothy M. Cain, Chief District Judge.  (3:21-cv-03708-TMC)

Submitted:  August 27, 2024                     Decided:  August 29, 2024

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michelle Parker, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michelle Denise Parker appeals the district court's order adopting the magistrate judge's recommendation to grant Defendant's motion to dismiss, or in the alternative, for summary judgment, on Parker's discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; and the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701 to 796*l*.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Parker v. Wormuth*, No. 3:21-cv-03708-TMC (D.S.C. Mar. 26, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2